No. D–2409.  IN RE DISCIPLINE OF RICKARD.  Robert W. Rickard, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2410.  IN RE DISCIPLINE OF ASHIRU.  Rahman Olalekan Ashiru, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2411.  IN RE DISCIPLINE OF BOYD.  William S. Boyd III, of Gulfport, Miss., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2412.  IN RE DISCIPLINE OF MOORMAN.  Elliott D. Moorman, of East Orange, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2413.  IN RE DISCIPLINE OF EPSTEIN.  Charles Steven Epstein, of Edison, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2414.  IN RE DISCIPLINE OF TANNER.  Martin Stanley Tanner, of Salt Lake City, Utah, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2415.  IN RE DISCIPLINE OF GROSS.  John P. Gross, of Kearny, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.